BURRELL *et al.* *v.* PRATT.

*(Circuit Court, N. D. New York. August 9, 1888.)*

COXE, J. As this cause involves the same question decided in *Burrell* v. *Hackley, ante,* 833, the plea must be allowed.